## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2397                    Assigned/Issued By: j. n.

Judge Name: dow jr.                      Designated Magistrate Judge: brown

### FEE INFORMATION

*Amount Due:*  ☑ $350.00     ☐ $39.00     ☐ $5.00
              ☐ IFP         ☐ No Fee     ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____             Receipt #: 2729204_____

Date Payment Rec'd: 4-28-08_____     Fiscal Clerk: j. n._____

### ISSUANCES

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets              ☐ Other
☐ Writ _____              _____
       *(Type of Writ)*                    _____
                                           *(Type of issuance)*

2____ Original and 0_____ copies on  4-28-08_____ as to top shelf installations, inc.;_____
                                        *(Date)*
gershon sapperstein_____

_____