ClientCaseID:  N7660 DPL
Law Firm ID:   WHITFIEL


*184894A*

CaseReturnDate:  6/15/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08CV2397**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## ABODE SERVICE

THAT I SERVED THE WITHIN    **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT   Gershon Sapperstein
PERSON SERVED  **MRS. STREFF ( MOH )**

I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
Sex  FEMALE   Race  WHITE   Age  54
Height  5'4"   Build  MEDIUM   Hair  BROWN

LOCATION OF SERVICE   **7004 N ROCKWELL CHICAGO, IL, 60645**

Date Of Service:  5/26/08    Time of Service:  12:00 PM    Date Of Mailing  5/27/2008

TERRENCE RYAN    5/27/2008
Special Process Server
P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.