Form **BCA-5.25**

(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT**

File # S950-4819

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money order payable to Secretary of State.

This space for use by Secretary of State.

**FILED**

**JUN 0 3 2008**

**JESSE WHITE
SECRETARY OF STATE**

SUBMIT IN DUPLICATE

Date:

Filing Fee:  $10

Approved: *Pm*

1. Title and Number of Case:

   Trustees of the Chicago Regional Council    first named plaintiff

   v.

   Rehab Construction Systems, Inc.    first named defendant

   Number  08cv2513

2. Name of corporation being served: Rehab Construction Systems, Inc.

3. Title of court in which an action, suit or proceeding has been commenced: U.S. District Court

4. Title of instrument being served: Summons and Complaint

5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____ , _____ ; the conditions
      Month & Day        Year
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____
      Month & Day        Year

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Mary Steward, Reg. Agt., 3931 S. Prairie, Chicago, IL 60653

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   _David Lichtman_         May 27            2008
   Signature of Affiant        Month & Day        Year

   ( 312 )    251-9700
   Telephone Number

**Return to (please type or print clearly):**

   David P. Lichtman
   Name
   111 E. Wacker Dr., Suite 2600
   Street
   Chicago, IL 60601
   City/Town    State    ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10