IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) ) | CASE NO. 08-CV-2397 JUDGE DOW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendants', TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation (hereinafter "Defendant"), failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.    Plaintiffs filed their complaint on April 28, 2008 and the summons and complaint were served on Gershon Sapperstein individually via personal service on Mrs. Streff, a member of Defendant Sapperstein's household by Process Server, and on Top Shelf Installations, Inc. with the Secretary of State where Top Shelf Installations, Inc's registered agent could not be found at the registered address of record in Illinois.  **(Exhibit A, Affidavit of Service)**

2.    The Defendant has failed to appear, answer or otherwise plead within the time

allowed by the Fed. R. Civ. P.

     3.    At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

     4.    The Defendant submitted the monthly contribution reports for the period April 2007 through June 2007 but failed to submit the ERISA contributions shown to be owed in the amount of $915.09. **(Exhibit B Affidavit of James Rosemeyer)**

     5.    The Defendant failed to remit reports and contributions for the period January 2008 through March 2008. Based on the company's previous contribution history, the Trust Funds estimate that the company owes an amount of $29,155.50. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $2,002.20 for the period January 2008 through March 2008. **(Exhibit B)**

     6.    The Defendant owes interest on the unpaid ERISA contributions in the amount of $535.83 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B)**

     7.    The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $2,809.03 for the period April 2007 through March 2008 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). **(Exhibit B)**

     8.    The Defendant owes the sum of $1,706.25 for necessary and reasonable attorney fees and costs of $425.98 which are collectible under the terms of the Collective Bargaining

Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).  **(Exhibit C, Affidavit of David P. Lichtman)**

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of **$37,549.88** and that, within ten days, the Defendant be ordered to produce contributions for the period April 2007 through June 2007 and reports and contributions for the period January 2008 through March 2008.

Respectively submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT LIST

## EXHIBIT A
Affidavit of Service, Special Process Server

## EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
James D. Rosemeyer, Contributions Manager

## EXHIBIT C
Sworn Declaration Pursuant to 28 U.S.C.A. § 1746
David P. Lichtman, Plaintiffs' Attorney

# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

|  |  |
|---|---|
| CASE NUMBER: | 08 CV 2397 |

V.

TOP SHELF INSTALLATIONS, INC., and GERSHON
SAPPERSTEIN, individually and d/b/a TOP SHELF
INSTALLATIONS, INC., a dissolved Illinois corporation

|  |  |
|---|---|
| ASSIGNED JUDGE: | JUDGE DOW |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE BROWN |

TO: (Name and address of Defendant)

TOP SHELF INSTALLATIONS, INC.
c/o Gershon Sapperstein, registered agent
3925 TRIUMRERA DR 16D
GLENVIEW, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DAVID P. LICHTMAN
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL  60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

_Jacquline Halloman_
------------------------------------------------
(By) DEPUTY CLERK



**April 28, 2008**
------------------------------------------------
Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 05-27-08 |
| NAME OF SERVER (PRINT)   DAVID LICHTMAN | TITLE    Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify):  _Served on Secretary of State_____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _05/27/08_
                     Date

_____
Signature of Server

_111 E. Wacker Dr. Suite 2600, Chicago, IL 60601_
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE
ON SECRETARY OF STATE UNDER THE
BUSINESS CORPORATION ACT**

File # ( 0251-4124

Jesse White
Secretary of State
Department of Business Services
Springfield, IL  62756
217-524-6748
www.cyberdriveillinois.com

This space for use by Secretary of State.

**FILED**

JUN 0 3 2008

**JESSE WHITE
SECRETARY OF STATE**

**SUBMIT IN DUPLICATE**

Date:

Filing Fee:  $10

Approved: ₭M

Remit payment in check or money
order payable to Secretary of State.

1.  Title and Number of Case:

    Trustees of the Chicago Regional Council     first named plaintiff
    v.
    Top Shelf Installations, Inc.     first named defendant

    Number   08cv2397

2.  Name of corporation being served: Top Shelf Installations, Inc.

3.  Title of court in which an action, suit or proceeding has been commenced: U.S. District Court

4.  Title of instrument being served:  Summons and Complaint

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a.  ☑  The corporation's registered agent cannot with reasonable diligence be found at the registered
           office of record in Illinois.

    b.  ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c.  ☐  The corporation was dissolved on _____ , _____ ; the conditions
                                          Month & Day                    Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against
           or has affected the corporation within five (5) years thereafter.

    d.  ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle
           one) on _____ , _____ .
                      Month & Day                Year

    e.  ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring
           authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by
    certified or registered mail: Gershon Sapperstein, Reg. Agt, 7004 N. Rockwell, Chicago, IL 60645

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _David P. Lichtman_                    May 27                    2008
    Signature of Affiant                   Month & Day                Year

    ( 312 )        251-9700
                   Telephone Number

**Return to (please type or print clearly):**

    David P. Lichtman
              Name
    111 E. Wacker Dr., Suite 2600
              Street
    Chicago, IL     60601
    City/Town     State     ZIP

Form **BCA-5.25**
(Rev. Jan. 2003)

AFFIDAVIT OF COMPLIANCE FOR SERVICE
ON SECRETARY OF STATE UNDER THE
BUSINESS CORPORATION ACT

File # 6251-4124

Jesse White
Secretary of State
Department of Business Services
Springfield, IL  62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money
order payable to Secretary of State.

This space ~~FILE~~ by Secretary of State.

**FILED**

JUN 0 3 2008

JESSE WHITE
SECRETARY OF STATE

SUBMIT IN DUPLICATE

Date:

Filing Fee:  $10

Approved: RM

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | N7660 |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 6/6/08 |
| Total Postage | |

Sent To   Top Shelf Installations, Inc.
Street, Apt. No.   Gershon Sapperstein, Reg. Agt.
or PO Box No.   7004 N. Rockwell
City, State, ZIP   Chicago, IL  60645

PS Form 3800, June 2002

il    first named plaintiff

    first named defendant

Number  08cv2397

f Installations, Inc.

eding has been commenced:  U.S. District Court

and Complaint

heck and complete appropriate box)

cannot with reasonable diligence be found at the registered.

nt and maintain a registered agent in Illinois.

The corporation was dissolved on

; the conditions

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | N7660 |
| Return Receipt Fee (Endorsement Required) | 6/6/08 |
| Restricted Delivery Fee (Endorsement Required) | Postmark Here |
| Total | |

Sent To   Top Shelf Installations, Inc.
Street,   Gershon Sapperstein, Reg. Agt.
or PO I   3925 Triumrera Dr., 16D
City, Si   Glenview, IL  60025

PS Form 3800, June 2002          See Reverse for Instructions

_____, _____
Month & Day          Year

t; and the action, suit or proceeding has been instituted against
hin five (5) years thereafter.

nsact business in Illinois has been withdrawn/revoked (circle

_____, _____
Year

ration that has transacted business in Illinois without procuring
s of the Business Corporation Act of 1983.

a copy of the attached process, notice or demand to be sent by
erstein, Reg. Agt, 7004 N. Rockwell, Chicago, IL 60645

erjury, that the facts stated herein are true, correct and complete.

| May 27 | 2008 |
|---|---|
| Month & Day | Year |

251-9700
Telephone Number

Return to (please type or print clearly):

David P. Lichtman
_____
Name
111 E. Wacker Dr., Suite 2600
_____
Street
Chicago, IL  60601
_____
City/Town      State        ZIP

ClientCaseID:  N7660 DPL
Law Firm ID:   WHITFIEL


\* 1 8 4 8 9 4 A \*

CaseReturnDate:   6/15/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number 08CV2397

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# ABODE SERVICE

THAT I SERVED THE WITHIN      SUMMONS AND COMPLAINT
ON THE WITHIN NAMED  DEFENDANT    Gershon Sapperstein
PERSON SERVED **MRS. STREFF ( MOH )**
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:      **Sex** FEMALE **Race** WHITE      **Age** 54

**Height**   5'4"      **Build** MEDIUM      **Hair** BROWN

LOCATION OF SERVICE      **7004 N ROCKWELL**
**CHICAGO, IL, 60645**

Date Of Service:    5/26/08      Time of Service:    12:00 PM      Date Of Mailing    5/27/2008

TERRENCE RYAN                                    5/27/2008

**Special Process Server**

P.E.R.C. #129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 08-CV-2397 |
| v. | ) ) ) | JUDGE DOW |
| TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1.　　I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2.　　The Defendants, TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation (hereinafter, "Defendant"), executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a

Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5.      The Defendant submitted the contribution reports for the period April 2007 through June 2007 but did not remit all owed ERISA contributions. The reports show that $915.09 is owed in ERISA contributions.

6.      The Defendant failed to remit reports and contributions for the period January 2008 through March 2008. Based on the company's previous contribution history, we have estimated that the company owes $29,155.50 in ERISA contributions. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is estimated at $2,002.20 for the period January 2008 through March 2008.

7.      Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $2,809.03 for the period April 2007 through March 2008.

8.    The interest calculation is based on the ERISA Section awarding such interest, 29

U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of

interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The

amount of interest owed is $535.83.

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in this Declaration is true and correct.

Date:  6/24/08

James Rosemeyer, Contributions Manager

23546  TOP SHELF INSTALLATIONS INC
   6749 W DEMPSTER #211
   MORTON GROVE   IL 60053

|  | FRINGES | DUES | LD'S | INTEREST |
|---|---|---|---|---|
| Apr-07 | $155.96 | $0.00 | $36.14 | $13.03 |
| May-07 | $397.67 | $0.00 | $84.92 | $30.33 |
| Jun-07 | $361.46 | $0.00 | $70.71 | $25.02 |
| Sep-07 | $0 | $0.00 | $38.47 | $0 |
| Oct-07 | $0 | $0.00 | $503.09 | $0 |
| Nov-07 | $0 | $0.00 | $283.60 | $0 |
| Jan-08 ESTIMATE | $9,718.50 | $667.40 | $751.24 | $209.95 |
| Feb-08 ESTIMATE | $9,718.50 | $667.40 | $596.72 | $155.19 |
| Mar-08 ESTIMATE | $9,718.50 | $667.40 | $444.14 | $102.31 |
| | | | | |
| TOTALS | $30,070.59 | $2,002.20 | $2,809.03 | $535.83 |

TOTAL AMOUNT DUE      $35,417.65

Summary of Contributions, Liquidated Damages & Interest Due
For The Reporting Period(s) Specified Below
Computed Through June 23, 2008

| Employer Information | |
|---|---|
| **File Number** 23546 <br> **Name** TOP SHELF INSTALLATIONS INC <br> **Address** 3925 TRIUMVERA DR 16D <br> **City, State** GLENVIEW, IL. 60025-0366 <br> **Telephone** | Page Number 1 of 3 <br> Reference Number: 8-127 <br> Date Printed: 06/20/2008 |

| Reporting Period | Delinquent Contributions | Liquidated Damages (1) | Interest (1) | Total Due |
|---|---|---|---|---|
| April, 2007 | $ 155.96 | $ 36.14 | $ 13.03 | $ 205.13 |
| May, 2007 | 397.67 | 84.92 | 30.33 | 512.92 |
| June, 2007 | 361.46 | 70.71 | 25.02 | 457.19 |
| January, 2008 | 9,718.50 | 751.08 | 209.95 | 10,679.53 |
| February, 2008 | 9,718.50 | 596.36 | 155.19 | 10,470.05 |
| March, 2008 | 9,718.50 | 443.93 | 102.31 | 10,264.74 |
| **Grand Total** | **$ 30,070.59** | **$ 1,983.14** | **$ 535.84** | **$ 32,589.57** |

(1) See Attached Computation
**Total Amount Due : $ 32,589.57 If Paid by June 23, 2008**

Computation of Liquidated Damages
For The Reporting Period(s) Specified Below
Computed Through June 23, 2008

| Employer Information | |
|---|---|
| **File Number** 23546<br>**Name** TOP SHELF INSTALLATIONS INC<br>**Address** 3925 TRIUMVERA DR 16D<br>**City, State** GLENVIEW, IL. 60025-0366<br>**Telephone** | Page Number 2 of 3<br>Reference Number: 8-127<br>Date Computed: 06/20/2008 |

| Reporting Period | Contributions Due | Computation Base | Compounding Periods | Computed Damages (2) | Total (3) Damages For Reporting Period |
|---|---|---|---|---|---|
| April, 2007 | $      155.96 | $      155.96 | 14 | $       36.14 | $       36.14 |
| May, 2007 | 397.67 | 397.67 | 13 | 84.92 | 84.92 |
| June, 2007 | 361.46 | 361.46 | 12 | 70.71 | 70.71 |
| January, 2008 | 9,718.50 | 9,718.50 | 5 | 751.08 | 751.08 |
| February, 2008 | 9,718.50 | 9,718.50 | 4 | 596.36 | 596.36 |
| March, 2008 | 9,718.50 | 9,718.50 | 3 | 443.93 | 443.93 |
| **Total** | **$   30,070.59** | | | **.10** | **1,983.14** |

*(2) 1.50% Compounded per Month (or portion thereof)*

Computation of Interest
For The Reporting Period(s) Specified Below
Computed Through June 23, 2008

Employer Information

**File Number** 23546
**Name** TOP SHELF INSTALLATIONS INC
**Address** 3925 TRIUMVERA DR 16D
**City, State** GLENVIEW, IL. 60025-0366
**Telephone**

Page Number 3 of 3
Reference Number:  8-127
Date Computed: 06/20/2008

| Reporting Period | Contributions Due | Computation Base | Delinquent Period From | To | Days | Computed Interest (3) | Total Interest For Reporting Period |
|---|---|---|---|---|---|---|---|
| April, 2007 | $    155.96 | $    155.96 | 05/21/2007 – 06/23/2008 | | 400 | $    13.03 | $    13.03 |
| May, 2007 | 397.67 | 397.67 | 06/21/2007 – 06/23/2008 | | 369 | 30.33 | 30.33 |
| June, 2007 | 361.46 | 361.46 | 07/21/2007 – 06/23/2008 | | 339 | 25.02 | 25.02 |
| January, 2008 | 9,718.50 | 9,718.50 | 02/21/2008 – 06/23/2008 | | 124 | 209.95 | 209.95 |
| February, 2008 | 9,718.50 | 9,718.50 | 03/21/2008 – 06/23/2008 | | 95 | 155.19 | 155.19 |
| March, 2008 | 9,718.50 | 9,718.50 | 04/21/2008 – 06/23/2008 | | 64 | 102.31 | 102.31 |
| Total | $ 30,070.59 | | | | | $    535.84 | |

(3) Compounded Daily per Internal Revenue Code Section 6621

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND | ) ) ) ) ) ) ) | CASE NO. 08-CV-2397 JUDGE DOW |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | |
| TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF DAVID P. LICHTMAN**

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.    I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.    I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.    The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and

costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.      I, David P. Lichtman, have devoted 9.75 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,706.25.

5.      In addition, the filing fee was $350.00 and the fees for service of process were an additional $75.98.  These costs total $425.98.

6.      I certify that the attached detailed attorney fees and costs totaling $2,132.23 were necessary and reasonable.

7.      Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Gershon Sapperstein, individually at 7004 Rockwell, Chicago, IL 60645, and Gershon Sapperstein, Registered Agent of Top Shelf Installations, Inc., at 3925 Triumrera Dr., 16D, Glenview, IL 60025.


Dated June 25, 2008

David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

---

### Selection Criteria

---

| | |
|---|---|
| Slip.Date | Earliest - 6/25/2008 |
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7660/23546 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 356761          TIME<br>4/25/2008<br>Billed          G:73389     5/1/2008<br>Review referral from Trust funds on<br>04/24/08; prepare file; review corporate<br>status and registered agent information for<br>legal process. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 356851          TIME<br>4/25/2008<br>Billed          G:73389     5/1/2008<br>Search Illinois Secretary of State database<br>for corporate information including registered<br>agent of the corporation for purposes of<br>service; search for related companies;<br>perform asset search of company and<br>principals. | ~~CRW~~<br>Lexis<br>CTF-C./N7660/23546 | ~~0.35~~<br>0.00<br>0.00<br>0.00 | ~~130.00~~<br>A@1 | ~~45.50~~ |
| 356760          TIME<br>4/25/2008<br>Billed          G:73389     5/1/2008<br>Prepared summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and THA Sec. 301. | DPL<br>Billable<br>CTF-C./N7660/23546 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 356915          TIME<br>4/28/2008<br>Billed          G:73389     5/1/2008<br>Prepare correspondence to legal process<br>server Scott Forrest Stern & Associates, Inc.<br>regarding service of the summons and<br>complaint on the defendant; prepare<br>coorrespondence to James Rosemeyer,<br>ERISA Contributions Manager, Chicago<br>District Council of Carpenters' Trust Funds<br>regarding the filing of the complaint; enclose<br>copy of the summons and complaint; docket<br>follow-up dates for service. | DPL<br>Billable<br>CTF-C./N7660/23546 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

6/25/2008                           WHITFIELD, McGANN & KETTERMAN
11:37 AM                                      Slip Listing                                         Page            2

| Slip ID | | | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Case | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 356916 | TIME | | DPL | 0.40 | 175.00 | 70.00 |
| 4/28/2008 | | | Billable | 0.00 | T@7 | |
| Billed | G:73389 | 5/1/2008 | CTF-C./N7660/23546 | 0.00 | | |
| | | | | 0.00 | | |

Review complaint filed at the Federal Court;
enter pertinent information (e.g., filing date,
case number and assigned judge) into
database; review judge's standing order
regarding pre-trial litigation, motion practice
and status hearing dates; update file/databse
regarding same.

| 357443 | EXP | | CPW | 1 | 350.00 | 350.00 |
|---|---|---|---|---|---|---|
| 5/1/2008 | | | $DC | | | |
| Billed | G:73597 | 6/2/2008 | CTF-C./N7660/23546 | | | |
| FILING FEE (4/28/08) | | | | | | |

| 358287 | TIME | | DPL | 0.25 | 175.00 | 43.75 |
|---|---|---|---|---|---|---|
| 5/23/2008 | | | Billable | 0.00 | T@7 | |
| Billed | G:73597 | 6/2/2008 | CTF-C./N7660/23546 | 0.00 | | |
| | | | | 0.00 | | |

Review e-mail sent by the U.S. Dist. Court
for the Northern Dist. of Illinois regarding
MINUTE entry before the Honorable Robert
M. Dow, Jr: The Court's review of the
complaint indicates that it is appropriate to
give this ERISA case expedited treatment.
The parties are authorized to proceed with all
discovery. Discovery to be completed by
8/28/08. Plaintiff to make a disclosure
pursuant to Fed.R.Civ.P. 26(a)(1) by 6/17/08.
Parties to file a joint status report by 6/26/08.
(See Judges Web Page for Status Report)
Status hearing set for 7/3/08 at 9:00a.m.
Plaintiff should notify all other parties of the
court's order;download documents to the file
folder; print document and enclose in file.

| 358403 | EXP | | CPW | 1 | 10.00 | 10.00 |
|---|---|---|---|---|---|---|
| 5/27/2008 | | | $BC | | | |
| Billed | G:73597 | 6/2/2008 | CTF-C./N7660/23546 | | | |
| SECRETARY of STATE | | | | | | |

| 359233 | EXP | | CPW | 1 | 10.98 | 10.98 |
|---|---|---|---|---|---|---|
| 6/6/2008 | | | $CERT. | | | |
| WIP | | | CTF-C./N7660/23546 | | | |
| 2 CERTIFIED MAIL | | | | | | |

| 359225 | TIME | | DPL | 0.40 | 175.00 | 70.00 |
|---|---|---|---|---|---|---|
| 6/6/2008 | | | Billable | 0.00 | T@7 | |
| WIP | | | CTF-C./N7660/23546 | 0.00 | | |
| | | | | 0.00 | | |

Review affidavit of compliance for service on
Secretary of State under the Illinois Business

WHITFIELD, McGANN & KETTERMAN
Slip Listing

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Corporation Act of 1983; electronically file the proof of service with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; send via certified and regular mail to registered agent. | | | | |
| 359226          TIME<br>6/6/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 359739          TIME<br>6/17/2008<br>WIP<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360087          TIME<br>6/23/2008<br>WIP<br>Review e-mail sent by Rich Oginski, Trust Fund Field Rep., regarding amounts owed in fringe benefits, interest and liquidated damages for months of April 2007 through March 2008. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 360090          TIME<br>6/23/2008<br>WIP<br>Prepare affidavit for Trust Fund Manager James T. Rosemeyer in support of the Trust Funds' motion for default judgment; affidavit to support claim for ERISA fringe benefit contributions, and calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code; prepare correspondence to Rosemeyer regarding the affidavit and request for execution. | DPL<br>Billable<br>CTF-C./N7660/23546 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

6/25/2008                          WHITFIELD, McGANN & KETTERMAN
11:37 AM                                  Slip Listing                                    Page          4

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 360238          TIME<br>6/24/2008<br>WIP<br>Review court file to determine if Answer filed;<br>review office file for Answer; confirm Answer<br>due dates; review U.S. District Court web<br>site to verify the date and time that the<br>presiding Judge hears  motions; prepare<br>motion for default judgment pursuant to F.<br>Rul. Civ. P. 55 for failure to answer or<br>otherwise plead. | DPL<br>Billable<br>CTF-C./N7660/23546 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 360239          TIME<br>6/24/2008<br>WIP<br>Prepare a proposed judgment in support of<br>the Trust Funds motion; calculate all<br>amounts owed. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 360240          TIME<br>6/24/2008<br>WIP<br>Review file for all entries for the attorney<br>billings and costs incurred; compare with<br>work performed on the file; prepare attorney<br>fee declaration / affidavit and exhibits;<br>incorporate amounts into themotion and<br>judgment order; prepare the document for<br>electronic filing. | DPL<br>Billable<br>CTF-C./N7660/23546 | 0.75<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 131.25 |

Grand Total

|  | Billable | ~~10.40~~ | ~~2122.73~~ |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | ~~10.40~~ | ~~2122.73~~ |

*[Handwritten annotations:]*

9.75          1,706.25
Atty fee        350.00
Service          55.00
Svc on Sec. of State   10.00
2 Certified Mail     10.98

Grand Total   $ 2,132.23

DPL