IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>     Plaintiffs,<br><br>  v.<br><br>TOP SHELF INSTALLATIONS, INC., and GERSHON SAPPERSTEIN, individually and d/b/a TOP SHELF INSTALLATIONS, INC., a dissolved Illinois corporation,<br><br>     Defendants. | CASE NO. 08-CV-2397<br><br>JUDGE DOW |

## NOTICE OF VOLUNTARY DISMISSAL

To: Top Shelf Installations, Inc.    Gershon Sapperstein
   c/o Gershon Sapperstein     6749 W. Dempster #211
   6749 W. Dempster #211      Morton Grove, IL 60053
   Morton Grove, IL 60053

  PLEASE TAKE NOTICE that on July 15, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(i),

the plaintiffs hereby voluntarily dismiss this action without prejudice.

                Respectfully submitted,


                 /s/ David P. Lichtman
                Attorney for Plaintiffs


David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
T.(312) 25109700 F.(312) 251-9701

## **CERTIFICATE OF SERVICE**

    I, David P. Lichtman, being first duly sworn under oath, deposes and states that I served a true and correct copy of the above by depositing in the United States mail at 111 East Wacker Drive, Chicago, Illinois, by regular mail, postage prepaid, addressed to whom the Notice is directed before the hour of 5:00 p.m. on July 15, 2008.

                                      /s/ David P. Lichtman