## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>Top Shelf Installations, Inc., et al.<br><br>Defendant. | Case No.: 1:08−cv−02397<br><br>Honorable Robert M. Dow Jr. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Fed. R. Civ. P. 4l(a)(l)(i), Plaintiffs voluntarily dismiss this action without prejudice. Plaintiffs'Motion for default judgment [9] is stricken as moot. Civil case terminated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.